IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 4:22-cr-12 (CDL) |
| | : | 4:22-cr-11 (CDL) |
| vs. | : | |
| HOWATDRICK JONES | : | |
| Defendant | : | |
| _____ | : | |

ORDER

The Court granted the Petition for a Writ of Habeas Corpus *Ad Prosequendum* filed by the United States seeking the production of HOWATDRICK JONES, B/M, DOB: 1992, SSN: 8639, on August 18, 2023. Doc. 5. The Court conducted the initial appearance and arraignment on August 24, 2023. Doc. 13. Defendant has a pending state trial currently set for September 18, 2023. To the extent Defendant has any rights under the anti-shuttling provisions of the Interstate Agreement on Detainers Act, he has agreed to waive those rights.

IT IS HEREBY AND ORDERED AND DIRECTED that the United States Marshall for the Middle District of Georgia return and deliver HOWATDRICK JONES to the Warden of the Upson County Jail in Upson County (Thomaston), Georgia not later than **10:00 a.m. September 4, 2023** so that he may stand trial for his pending state charges.

SO ORDERED AND DIRECTED, this 29th day of August, 2023.

s/ Stephen Hyles
STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE