# IIN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br><br> **HOWATDRICK JONES** | **Case Nos:4:22-CR-00012-CDL-MSH** |

### ORDER GRANTING DEFENDANT'S UNOPPOSED
### MOTION FOR CONTINUANCE IN THE INTEREST OF JUSTICE

Defendant was indicted on May 10, 2022, and arraigned on August 24, 2023. (Docs. 1 & 13). The Pretrial Conference for this term was held on January 23, 2024. The defendant requests a continuance, and the government does not oppose. Specifically, Defendant's counsel will need additional time to review discovery with the defendant; conduct investigation, complete legal research, and further discuss the government's case in chief with Mr. Jones.

**IT IS HEREBY ORDERED** that the above-referenced matter be continued to next term of Court set for September 2024 and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.

The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Mr. Jones, and the government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **24th** day of **January, 2024**.

                                               S/Clay D. Land
                                               CLAY D. LAND
                                               UNITED STATES DISTRICT JUDGE